IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES HARRIS, | : | Civil No. 3:20-cv-631 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this ___12th___ day of January, 2021, upon consideration of Plaintiff's motion (Doc. 8) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 8) is **DENIED** without prejudice.

_____
Robert D. Mariani
United States District Judge