# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES HARRIS, | : | Civil No. 3:20-cv-631 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 15th day of July, 2021, upon consideration of the United States' motion (Doc. 16) for judgment on the pleadings, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of the United States and against Plaintiff.

2. The Federal Bureau of Prisons is **DISMISSED** as a Defendant in this action.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                             _s/ *Robert D. Mariani*_
                                             Robert D. Mariani
                                             United States District Judge