IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES HARRIS, | : | Civil No. 3:20-cv-631 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this ____8th____ day of February, 2024, upon consideration of the parties' cross-motions (Docs. 47, 48) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion (Doc. 47) for summary judgment is **DENIED**.

2. Plaintiff's motion (Doc. 48) for summary judgment is **DEEMED** withdrawn.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge